UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARTEEN REED WHITE, and<br>GREGORY WHITE,<br>  Plaintiffs,<br><br>v.<br><br>SIERRA AUTO FINANCING, LLC, and<br>CENTRAL AUTOHAUS & ROBERTS<br>GROUP,<br>  Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:15-CV-2822-B |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge Paul D. Stickney. Objections were filed. The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The Objections are overruled.

**IT IS THEREFORE ORDERED** that Defendant Sierra Auto Finance, LLC's Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process (doc. 7) is **DENIED as moot**.

Further, **IT IS ORDERED** that Defendant Sierra Auto Finance, LLC's Motion for the Court's Abstention and Dismissal (doc. 18) is **DENIED as moot**.

Finally, **IT IS ORDERED** that Defendant Sierra Auto Finance, LLC's Supplemental Motion for the Court's Abstention and Dismissal (doc. 29) is **GRANTED**.

**SO ORDERED**, this 2nd day of May, 2016

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE