UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARTEEN REED WHITE, and<br>GREGORY WHITE,<br>　　　Plaintiffs,<br><br>v.<br><br>SIERRA AUTO FINANCING, LLC, and<br>CENTRAL AUTOHAUS & ROBERTS<br>GROUP,<br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:15-CV-2822-B |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED** that Defendant Sierra Auto Finance, LLC's Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process is **GRANTED in part**.

**IT IS FURTHER ORDERED** that Central Autohaus & Roberts Group shall participate in arbitration with the Whites.

**SO ORDERED**, this 13th day of June 2016

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

1